# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

132289
(76)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT LAWRENCE WILKENS, JR.,
      Defendant-Appellant.

SC: 132289
COA: 260031
Washtenaw CC: 03-000370-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's order of December 29, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



l0220

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

Clerk